Commonwealth ex rel. Phillips, Appellant,
*v.* Phillips.

Submitted September 17, 1974. *Peter J. Verderame*, for appellant; *Paul R. Beckert, Jr.*, and *Jackson, Bortner & Ballow*, for appellee.

Order affirmed.

Commonwealth to use of Stormer *v.*
Pre-Fab Transit Company, et al., Appellants.

Submitted November 16, 1974. *Blair V. Pawlowski*, for appellants; *Edward F. Peduzzi*, and *Myers, Taylor & Peduzzi*, for appellee.

Judgment affirmed.